***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
COGLIANESE, MARGARET A                        §        Case No. 11-17951
                                              §
                              Debtor(s)        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on               .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 11-17951   INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Filed 08/15/13   Entered 08/15/13 12:57:50   Desc Main
Document    Page 3 of 12                                Page:    1

***The remaining amount of $15,000.00 will be treated as Debtor for allowed homestead exemption claim.

Exhibit A

| Case No: | 11-17951 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|

Case Name:   COGLIANESE, MARGARET A

Date Filed (f) or Converted (c):   04/27/11 (f)
341(a) Meeting Date:   06/09/11
Claims Bar Date:   09/12/11

For Period Ending:  06/24/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATION: 13232 ADSIT ROAD, PAL | 330,000.00 | 77,441.47 | | 125,000.00 | 0.00 |
| 2. CHASE CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 3. IST MIDWEST CHECKING ACCOUNT | 308.27 | 0.00 | | 0.00 | FA |
| 4. FURNITURE, APPLIANCES LOCATION: 5107 WASHINGTON ST | 500.00 | 0.00 | | 0.00 | FA |
| 5. PICTURES | 100.00 | 0.00 | | 0.00 | FA |
| 6. USED SEASONAL CLOTHING AND SHOES LOCATION: 5107 WA | 500.00 | 0.00 | | 0.00 | FA |
| 7. GOLF CLUBS, BASEBALL EQUIPMENT, BOAT, MOTOR, TRAIL | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. MASTERS VARIABLE ANNUITY- JEFFERSON PILOT SEC, 701 | 7,606.05 | 0.00 | | 11,997.54 | FA |
| 9. THE HARTFORD- THE DIRRECTOR, UVEST FINANCIAL SVCS | 15,391.97 | 0.00 | | 0.00 | FA |
| 10. THE HARTFORD- ATTN: INVESTMENT PRODUCTS SERVICES,P | 35,201.26 | 0.00 | | 20,377.18 | FA |
| 11. THE HARTFORD- ATTN: INVESTMENT PRODUCTS SERVICES,P | 45,627.69 | 0.00 | | 0.00 | FA |
| 12. OPPENHEIMER FUNDS SERVICES, POST OFFICE BOX 5270, | 954.69 | 0.00 | | 0.00 | FA |
| 13. DWS INVESTMENTS | 0.00 | 0.00 | | 0.00 | FA |
| 14. CITI DIVIDEND ACCOUNT | 17,816.62 | 0.00 | | 0.00 | FA |
| 15. 2000 TOYOTA AVALON 170,000 MILES | 2,400.00 | 0.00 | | 0.00 | FA |
| 16. The Hartford  Annuity Contract No. 710006360 (u) | 0.00 | 1,812.54 | | 1,812.54 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $458,506.55     $79,254.01     $159,189.04     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is selling real estate

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1

Ver: 17.02d

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

***The remaining amount of $15,000.00 will be made of her allowed homestead exemption claim.

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-17951   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | COGLIANESE, MARGARET A | Date Filed (f) or Converted (c): | 04/27/11 (f) |
| | | 341(a) Meeting Date: | 06/09/11 |
| | | Claims Bar Date: | 09/12/11 |

/s/     GINA B. KROL

_____     Date: _____

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM1

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

***The remaining balance is for the Debtor's homestead exemption claim.

Page: 1

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-17951 -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | COGLIANESE, MARGARET A | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******0451 Checking Account | |
| Taxpayer ID No: | *******8786 | | | | | |
| For Period Ending: | 06/24/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,922.04 | | 33,922.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.91 | 33,901.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.60 | 33,879.53 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.89 | 33,858.64 |
| 12/20/12 | | Fidelity National Title Company 9031 W. 151st Street #110 Orland Park, IL 60462 | | | 86,438.71 | | 120,297.35 |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount:        125,000.00 Sale of Debtor's Interest in R/E | 1110-000 | | | |
| | 1 | FIRST MIDWEST MORTGAGE | Memo Amount:    (    26,400.28 ) Payoff of Mortgage | 4110-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount:    (    8,820.51 ) Real Estate Taxes | 2820-000 | | | |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount:    (    653.00 ) Title Expenses | 2500-000 | | | |
| | | STATE OF ILLINOIS AND COOK COUNTY | Memo Amount:    (    187.50 ) Revenue Stamps | 2500-000 | | | |
| | | REAL ESTATE BROKER | Memo Amount:    (    2,500.00 ) Commissions | 3510-000 | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.88 | 120,254.47 |
| 01/24/13 | 030002 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 5,938.67 | 114,315.80 |
| 01/24/13 | 030003 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Attorney's expenes per court order | 3120-000 | | 221.84 | 114,093.96 |
| 01/25/13 | 030001 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 11,877.33 | 102,216.63 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.29 | 102,041.34 |
| 02/13/13 | 030004 | International Sureties Ltd. | BOND | 2300-000 | | 88.43 | 101,952.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals        120,360.75        18,407.84

Ver: 17.02d

LFORM24

FORM 2                                                                                          Page:   2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

***The remaining balance of $15,500.00 represents debtor's homestead exemption claim.

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|

Case No:          11-17951  -DRC

Case Name:     COGLIANESE, MARGARET A

Trustee Name:        GINA B. KROL

Bank Name:            ASSOCIATED BANK

Account Number / CD #:     *******0451  Checking Account

Taxpayer ID No:     *******8786

For Period Ending:  06/24/13

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.00 | 101,815.91 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 151.37 | 101,664.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.26 | 101,518.28 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.93 | 101,367.35 |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 125,000.00 | COLUMN TOTALS | 120,360.75 | 18,993.40 | 101,367.35 |
| Memo Allocation Disbursements: | 38,561.29 | Less:  Bank Transfers/CD's | 33,922.04 | 0.00 | |
| | | Subtotal | 86,438.71 | 18,993.40 | |
| Memo Allocation Net: | 86,438.71 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 86,438.71 | 18,993.40 | |

Page Subtotals               0.00            585.56

Ver: 17.02d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

*** The remaining funds are encumbered by a homestead exemption claim.

Page:   3

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-17951  -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | COGLIANESE, MARGARET A | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4195  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******8786 | | | | | |
| For Period Ending: | 06/24/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/12 | 10 | The Hartford<br>6040 Tarbell Road<br>Syracuse, NY  13206 | | 1129-000 | 20,377.18 | | 20,377.18 |
| 01/09/12 | 16 | The Hartford<br>6040 Tarbell Road<br>Syracuse, NY  13206 | | 1229-000 | 1,812.54 | | 22,189.72 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 22,189.84 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 20.02 | 22,169.82 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,170.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.36 | 22,143.64 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,143.82 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.23 | 22,116.59 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,116.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.10 | 22,088.68 |
| 05/03/12 | 8 | JP Morgan Chase Bank<br>6040 Tarbell Road<br>Syracuse, NY  13206 | Jefferson Pilot Acct#360533559 | 1129-000 | 11,997.54 | | 34,086.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 34,086.49 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.86 | 34,046.63 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 34,046.90 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.47 | 34,006.43 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 34,006.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.60 | 33,962.13 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 33,962.40 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 40.36 | 33,922.04 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,922.04 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals          34,189.04          34,189.04

Ver: 17.02d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

***The remaining balance is $5,000.00 attributable to a claimed homestead exemption claim.

Exhibit B

| Case No: | 11-17951 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | COGLIANESE, MARGARET A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4195  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8786 | | | |
| For Period Ending: | 06/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 34,189.04 | 34,189.04 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 33,922.04 | |
| | | | Subtotal | | 34,189.04 | 267.00 | |
| | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 34,189.04 | 267.00 | |
| | Total Allocation Receipts: | 125,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 38,561.29 | Checking Account - *******0451 | | 86,438.71 | 18,993.40 | 101,367.35 |
| | | | Money Market Account (Interest Earn - *******4195 | | 34,189.04 | 267.00 | 0.00 |
| | Total Memo Allocation Net: | 86,438.71 | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 120,627.75 | 19,260.40 | 101,367.35 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 06/24/13

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Page Subtotals        0.00        0.00

Ver: 17.02d

LFORM24

***The remaining amount of $15,000.00 will be paid to Debtor for allowed homestead exemption claim.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17951
Case Name: COGLIANESE, MARGARET A
Trustee Name: GINA B. KROL

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | John Coglianese<br>c/o Jahnke, Sullivan &<br>Toolis, LLC<br>Attn: Tom Toolis<br>9031 W. 151st Street, Suite 203<br>Orland Park, IL 60462 | $ | $ | $ |
| 000009A | IRS-Federal Income Tax<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |

***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ | $ | $ |
| 000009B | IRS-Federal Income Tax P.O. BOX 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____


        Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

        Tardily filed general (unsecured) claims are as follows:


                                    NONE

***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE