# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
COGLIANESE, MARGARET A                §       Case No. 11-17951
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    KENNETH S. GARDNER
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/06/2013 in Courtroom 4016,
    DuPage County Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2013    By: KENNETH S. GARDNER
                Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
COGLIANESE, MARGARET A § Case No. 11-17951
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 159,189.04 |
| and approved disbursements of | $ 57,821.69 |
| leaving a balance on hand of[1] | $ 101,367.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 11,209.45 | $ 0.00 | $ 11,209.45 |
| Attorney for Trustee Fees: Cohen & Krol | $ 17,816.00 | $ 17,816.00 | $ 0.00 |
| Other: International Sureties | $ 108.45 | $ 108.45 | $ 0.00 |
| Other: Cohen & Krol | $ 221.84 | $ 221.84 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,209.45 |
| Remaining Balance | $ 90,157.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,781.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | John Coglianese | $ 53,566.25 | $ 0.00 | $ 53,566.25 |
| 000009A | IRS-Federal Income Tax | $ 7,215.60 | $ 0.00 | $ 7,215.60 |
| | Total to be paid to priority creditors | | $ | 60,781.85 |
| | Remaining Balance | | $ | 29,376.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,277.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 10,093.27 | $ 0.00 | $ 2,407.24 |
| 000003 | Capital One Bank (USA), N.A. | $ 21,426.06 | $ 0.00 | $ 5,110.11 |
| 000004 | Chase Bank USA, N.A. | $ 3,056.90 | $ 0.00 | $ 729.07 |
| 000005 | Chase Bank USA, N.A. | $ 6,293.08 | $ 0.00 | $ 1,500.90 |
| 000006 | American Express Centurion Bank | $ 1,420.02 | $ 0.00 | $ 338.67 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 17,816.62 | $ 0.00 | $ 4,249.26 |
| 000009B | IRS-Federal Income Tax | $ 171.10 | $ 0.00 | $ 40.80 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 14,376.05 |
| Remaining Balance | $ 15,000.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

***The remaining amount of $15,000.00 will be paid to Debtor for her allowed homestead exemption claim.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-17951-DRC
Margaret A Coglianese                                                   Chapter 7
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 3                   Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db            +Margaret A Coglianese,    5107 Washington Street, Apt. 4,    Downers Grove, IL 60515-4727
17195638      +American Express,   P.O. Box 0001,    Los Angeles, CA 90096-8000
17514512       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17195640      +Bank of America,   PO Box 15019,    Wilmington, DE 19850-5019
17195641      +Capital One,   P.O. Box 790216,    Saint Louis, MO 63179-0216
20311627       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
17195642       Chase,   Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17195643       Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
17507578       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17698345      +Citi Dividend Account,    P.O. BOX 6500,   Sioux Falls, SD 57117-6500
17195645       Cook County Treasurer,    P.O. Box 4488,   Carol Stream, IL 60197-4488
17195647       First American Bank,    Loan Operations,   Payment Processing, P.O Box 9003,
                Gurnee, IL 60031-9003
17698344       IRS-Federal Income Tax,    P.O. BOX 7346,   Philadelphia, PA 19101-7346
17195649       John Coglianese,   5107 Washington Street, Apt. 4,    Downers Grove, IL 60515-4727
17771150      #+John Coglianese,    c/o Jahnke, Sullivan & Toolis, LLC,    Attn: Tom Toolis,
                9031 W. 151st Street, Suite 203,    Orland Park, IL 60462-6563
17195650      +John Coglianses,   5107 Washington Street, Apt.4,    Downers Grove, IL 60515-4727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17195639       E-mail/Text: g20956@att.com Aug 17 2013 00:02:28      At & T,   PO Box 6416,
                Carol Stream, IL 60197-6416
17490837       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2013 00:08:46      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
17195644       E-mail/Text: legalcollections@comed.com Aug 17 2013 00:02:32      Comed,   PO Box 6111,
                Carol Stream, IL 60197-6111
17293323      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Aug 17 2013 00:05:59
                Cook County Treasurer’s Office,    Legal Department,   118 North Clark Street - Room 112,
                Chicago, IL 60602-1332
17195646      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2013 00:11:24      Discover,   PO Box 6103,
                Carol Stream, IL 60197-6103
17412624       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2013 00:11:24      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17195648       E-mail/Text: fmb.bankruptcy@firstmidwest.com Aug 17 2013 00:05:52      First Midwest Bank,
                PO Box 9003,   Gurnee, IL 60031-9003
17195651       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2013 00:01:09      Kohl’s,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
17685151      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 17 2013 00:00:33
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Gina B. Krol
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: froman              Page 2 of 3              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1              User: froman                Page 3 of 3                  Date Rcvd: Aug 16, 2013
                                  Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
          Christopher H Purcell    on behalf of Defendant    First Midwest Bank, N.A. shermlaw13@aol.com
          Christopher H Purcell    on behalf of Creditor    First Midwest Bank, N.A. shermlaw13@aol.com
          E. Philip  Groben    on behalf of Plaintiff Gina B Krol, Trustee pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
          m
          Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
          m
          Gina B Krol, ESQ    on behalf of Plaintiff Gina B Krol, Trustee gkrol@cohenandkrol.com,
          jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
          jcohenattorney@aol.com;gkrol@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R. Daniel Lyons    on behalf of Debtor Margaret A Coglianese rdaniellyons@sbcglobal.net,
          rdaniellyons@comcast.net;rdaniellyons@aol.com
          R. Daniel Lyons    on behalf of Defendant Margaret A Coglianese rdaniellyons@sbcglobal.net,
          rdaniellyons@comcast.net;rdaniellyons@aol.com
          Thomas W Toolis    on behalf of Plaintiff John  Coglianese twt@jtlawllc.com,
          lld@jtlawllc.com;axb@jtlawllc.com
          Thomas W Toolis    on behalf of Creditor John  Coglianese twt@jtlawllc.com,
          lld@jtlawllc.com;axb@jtlawllc.com
                                                                                                           TOTAL: 13