## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/EASTERN DIVISION

IN RE THE MATTER OF: )
)
MARGARET A. COGLIANESE, ) Case No. 2011 B 17951
  Debtor.) Chapter 7
) Hon. Donald R. Cassling

TO: Patrick S. Layng, US Trustee, 219 S. Dearborn Street, Room 873, Chicago, Illinois 60604.
Gina B. Krol, Case Trustee, 105 West Madison Street, Suite 1100, Chicago, Illinois 60602
John Coglianese, 13232 Adsit Road, Palos Park, Illinois 60464.
All creditors on attached service list.

### NOTICE OF FILING
### NOTICE OF MOTION

**TAKE NOTICE** that your Debtor has filed the attached Objection to the Trustee's Final Report this 23rd day of August, 2013, and that the same will be presented for hearing before the Honorable Donald R. Cassling on September 6, 2013, at the hour of 9:30 a.m., in Courtroom 4016 of the Du Page County Courthouse located at 505 N. County Farm Road, Wheaton, Illinois, at which time you may appear as you see fit to do.

Respectfully Submitted,

_____
R. DANIEL LYONS, for Debtor

### PROOF OF SERVICE

I, COLLEEN M. McCARTNEY, a non-attorney, hereby state under penalty of perjury that I served a copy of this Notice and the Objection to which it relates upon all of the aforesaid persons by depositing a copy of the same to such persons with the United States Postal Service, proper postage prepaid, at Downers Grove, Illinois, this 23rd day of August, 2013.

_____
COLLEEN M. McCARTNEY

R. DANIEL LYONS
Attorney at Law
5008 Fairview Avenue
Downers Grove, Illinois 60515
(630) 969-3330
Atty. Reg. 6193479

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Margaret A Coglianese**
_____,
Debtor

Case No. **11-17951**

Chapter **7**

## Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | Unsecured claims | 1,495.02 |
| 2. At & T<br>PO Box 6416<br>Carol Stream, IL 60197-6416 | Unsecured claims | 49.57 |
| 3. Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Unsecured claims | 10,984.82 |
| 4. Capital One<br>P.O. Box 790216<br>Saint Louis, MO 63179 | Unsecured claims | 21,426.06 |
| 5. Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Unsecured claims | 3,156.90 |
| 6. Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Unsecured claims | 6,293.08 |
| 7. Citi Dividend Account<br>P.O. BOX 6500<br>Sioux Falls, SD 57117 | Unsecured claims | 17,816.62 |
| 8. Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | Unsecured claims | Unknown |
| 9. Cook County Assessor<br>118 N. Clark Street<br>Chicago, IL 60602 | Priority claims | 2,239.55 |
| 10. Cook County Assessor<br>118 N. Clark Street<br>Chicago, IL 60602 | Priority claims | 5,000.00 |
| 11. Discover<br>PO Box 6103<br>Carol Stream, IL 60197 | Unsecured claims | 10,139.28 |
| 12. First Midwest Bank<br>PO Box 9003<br>Gurnee, IL 60031-9003 | Secured claims | 22,558.53 |

In re    **Margaret A Coglianese**                                   ,    Case No. __**11-17951**__
                            Debtor

# Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 13. IRS-Federal Income Tax<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Priority claims | 772.46 |
| 14. IRS-Federal Income Tax<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Priority claims | 6,765.61 |
| 15. Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Unsecured claims | 0.00 |

## DECLARATION

I, the above-named Debtor, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date_____                Signature_____
                                           **Margaret A Coglianese**
                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.