# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COGLIANESE, MARGARET A | § | Case No. 11-17951 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                  .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Margaret Coglianese |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank Loan Operations Payment Processing, P.O Box 9003 Gurnee, IL 60031-9003 | | | | | |
| | First Midwest Bank PO Box 9003 Gurnee IL 60031-9003 | | | | | |
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| | FIRST MIDWEST MORTGAGE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| FIDELITY NATIONAL TITLE COMPANY | | | | | |
| STATE OF ILLINOIS AND COOK COUNTY | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COOK COUNTY TREASURER | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| REAL ESTATE BROKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | JOHN COGLIANESE | | | | | |
| 000009A | IRS-FEDERAL INCOME TAX | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At & T PO Box 6416 Carol Stream, IL 60197-6416 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Comed PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000009B | IRS-FEDERAL INCOME TAX | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Exhibit 8

| Case No: | 11-17951 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | COGLIANESE, MARGARET A | | |

For Period Ending: 12/09/13

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 04/27/11 (f)
341(a) Meeting Date: 06/09/11
Claims Bar Date: 09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATION: 13232 ADSIT ROAD, PAL | 330,000.00 | 77,441.47 | | 125,000.00 | FA |
| 2. CHASE CHECKING | 100.00 | 0.00 | OA | 0.00 | FA |
| 3. IST MIDWEST CHECKING ACCOUNT | 308.27 | 0.00 | | 0.00 | FA |
| 4. FURNITURE, APPLIANCES LOCATION: 5107 WASHINGTON ST | 500.00 | 0.00 | OA | 0.00 | FA |
| 5. PICTURES | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. USED SEASONAL CLOTHING AND SHOES LOCATION: 5107 WA | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. GOLF CLUBS, BASEBALL EQUIPMENT, BOAT, MOTOR, TRAIL | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 8. MASTERS VARIABLE ANNUITY- JEFFERSON PILOT SEC, 701 | 7,606.05 | 0.00 | | 11,997.54 | FA |
| 9. THE HARTFORD- THE DIRRECTOR, UVEST FINANCIAL SVCS | 15,391.97 | 0.00 | OA | 0.00 | FA |
| 10. THE HARTFORD- ATTN: INVESTMENT PRODUCTS SERVICES,P | 35,201.26 | 0.00 | | 20,377.18 | FA |
| 11. THE HARTFORD- ATTN: INVESTMENT PRODUCTS SERVICES,P | 45,627.69 | 0.00 | OA | 0.00 | FA |
| 12. OPPENHEIMER FUNDS SERVICES, POST OFFICE BOX 5270, | 954.69 | 0.00 | OA | 0.00 | FA |
| 13. DWS INVESTMENTS | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. CITI DIVIDEND ACCOUNT | 17,816.62 | 0.00 | OA | 0.00 | FA |
| 15. 2000 TOYOTA AVALON 170,000 MILES | 2,400.00 | 0.00 | OA | 0.00 | FA |
| 16. The Hartford  Annuity Contract No. 710006360 (u) | 0.00 | 1,812.54 | | 1,812.54 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $458,506.55    $79,254.01    $159,189.04    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will submit TDR

October 16, 2013, 05:12 pm

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-17951    DRC   Judge: Donald R. Cassling | |
| Case Name: | COGLIANESE, MARGARET A | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 04/27/11 (f) |
| 341(a) Meeting Date: | 06/09/11 |
| Claims Bar Date: | 09/12/11 |

/s/    GINA B. KROL

_____ Date: 12/09/13

GINA B. KROL

FORM 2
Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-17951 -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | COGLIANESE, MARGARET A | | | Bank Name: | ASSOCIATED BANK | **Exhibit 9** |
| | | | | Account Number / CD #: | *******0451  Checking Account | |
| Taxpayer ID No: | *******8786 | | | | | |
| For Period Ending: | 12/09/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,922.04 | | 33,922.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.91 | 33,901.13 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.60 | 33,879.53 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.89 | 33,858.64 |
| 12/20/12 | | Fidelity National Title Company | | | 86,438.71 | | 120,297.35 |
| | | 9031 W. 151st Street | | | | | |
| | | #110 | | | | | |
| | | Orland Park, IL 60462 | | | | | |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount:          125,000.00 | 1110-000 | | | |
| | | | Sale of Debtor's Interest in R/E | | | | |
| | 1 | FIRST MIDWEST MORTGAGE | Memo Amount:     (      26,400.28 ) | 4110-000 | | | |
| | | | Payoff of Mortgage | | | | |
| | | COOK COUNTY TREASURER | Memo Amount:     (        8,820.51 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | FIDELITY NATIONAL TITLE COMPANY | Memo Amount:     (           653.00 ) | 2500-000 | | | |
| | | | Title Expenses | | | | |
| | | STATE OF ILLINOIS AND COOK COUNTY | Memo Amount:     (           187.50 ) | 2500-000 | | | |
| | | | Revenue Stamps | | | | |
| | | REAL ESTATE BROKER | Memo Amount:     (        2,500.00 ) | 3510-000 | | | |
| | | | Commissions | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.88 | 120,254.47 |
| 01/24/13 | 030002 | Gina B. Krol | Attorney's fees per court order | 3110-000 | | 5,938.67 | 114,315.80 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/24/13 | 030003 | Cohen & Krol | Attorney's expenes per court order | 3120-000 | | 221.84 | 114,093.96 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/25/13 | 030001 | Cohen & Krol | Attorney's fees per court order | 3110-000 | | 11,877.33 | 102,216.63 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.29 | 102,041.34 |
| 02/13/13 | 030004 | International Sureties Ltd. | BOND | 2300-000 | | 88.43 | 101,952.91 |

| | | |
|---|---|---|
| Page Subtotals | 120,360.75 | 18,407.84 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 17.04a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17951 -DRC |
|---|---|
| Case Name: | COGLIANESE, MARGARET A |
| Taxpayer ID No: | *******8786 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0451  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.00 | 101,815.91 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 151.37 | 101,664.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.26 | 101,518.28 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.93 | 101,367.35 |
| 09/05/13 | 030005 | GINA B. KROL | Chapter 7 Compensation/Fees | 2100-000 | | 11,209.45 | 90,157.90 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/05/13 | 030006 | IRS-Federal Income Tax | Claim 000009A, Payment 100.00000% | 5800-000 | | 7,215.60 | 82,942.30 |
| | | P.O. BOX 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 09/05/13 | 030007 | John Coglianese | Claim 000008, Payment 100.00000% | 5100-000 | | 53,566.25 | 29,376.05 |
| | | c/o Jahnke, Sullivan & Toolis, LLC | | | | | |
| | | Attn: Tom Toolis | | | | | |
| | | 9031 W. 151st Street, Suite 203 | | | | | |
| | | Orland Park, IL 60462 | | | | | |
| 09/05/13 | 030008 | Margaret Coglianese | Homestead Exemption | 8100-002 | | 15,000.00 | 14,376.05 |
| | | c/o Mr. Daniel Lyons | | | | | |
| | | 5008 Fairview Ave., Ste. C | | | | | |
| | | Downers Grove, IL 60515 | | | | | |
| 09/05/13 | 030009 | Discover Bank | Claim 000002, Payment 23.84995% | 7100-900 | | 2,407.24 | 11,968.81 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 09/05/13 | 030010 | Capital One Bank (USA), N.A. | Claim 000003, Payment 23.84998% | 7100-900 | | 5,110.11 | 6,858.70 |
| | | by American InfoSource LP as agent | | | | | |
| | | PO Box 248839 | | | | | |
| | | Oklahoma City, OK 73124-8839 | | | | | |
| 09/05/13 | 030011 | Chase Bank USA, N.A. | Claim 000004, Payment 23.84998% | 7100-900 | | 729.07 | 6,129.63 |

Page Subtotals    0.00    95,823.28

Ver: 17.04a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 11-17951 -DRC |
| Case Name: | COGLIANESE, MARGARET A |
| Taxpayer ID No: | *******8786 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0451 Checking Account |

Exhibit 9

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/05/13 | 030012 | PO Box 15145 Wilmington, DE 19850-5145 Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 23.85001% | 7100-900 | | 1,500.90 | 4,628.73 |
| 09/05/13 | 030013 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 23.84966% (6-1) CREDIT CARD DEBT | 7100-900 | | 338.67 | 4,290.06 |
| 09/05/13 | 030014 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000007, Payment 23.84998% | 7100-900 | | 4,249.26 | 40.80 |
| 09/05/13 | 030015 | IRS-Federal Income Tax P.O. BOX 7346 Philadelphia, PA 19101-7346 | Claim 000009B, Payment 23.84570% | 7100-900 | | 40.80 | 0.00 |

| Memo Allocation Receipts: | 125,000.00 |
| Memo Allocation Disbursements: | 38,561.29 |
| Memo Allocation Net: | 86,438.71 |

| COLUMN TOTALS | | 120,360.75 | 120,360.75 | 0.00 |
| Less: Bank Transfers/CD's | | 33,922.04 | 0.00 | |
| Subtotal | | 86,438.71 | 120,360.75 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 86,438.71 | 105,360.75 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page Subtotals  0.00  6,129.63

Ver: 17.04a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 11-17951 -DRC |
| Case Name: | COGLIANESE, MARGARET A |
| Taxpayer ID No: | *******8786 |
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4195  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/12 | 10 | The Hartford 6040 Tarbell Road Syracuse, NY 13206 | | 1129-000 | 20,377.18 | | 20,377.18 |
| 01/09/12 | 16 | The Hartford 6040 Tarbell Road Syracuse, NY 13206 | | 1229-000 | 1,812.54 | | 22,189.72 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 22,189.84 |
| 02/06/12 | 000301 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 20.02 | 22,169.82 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,170.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.36 | 22,143.64 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,143.82 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.23 | 22,116.59 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,116.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.10 | 22,088.68 |
| 05/03/12 | 8 | JP Morgan Chase Bank 6040 Tarbell Road Syracuse, NY 13206 | Jefferson Pilot Acct#360533559 | 1129-000 | 11,997.54 | | 34,086.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 34,086.49 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.86 | 34,046.63 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 34,046.90 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.47 | 34,006.43 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 34,006.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.60 | 33,962.13 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 33,962.40 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 40.36 | 33,922.04 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,922.04 | 0.00 |
| | | | Page Subtotals | | 34,189.04 | 34,189.04 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.04a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 11-17951 -DRC |
| Case Name: | COGLIANESE, MARGARET A |
| | |
| Taxpayer ID No: | *******8786 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4195  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 34,189.04 | 34,189.04 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 33,922.04 | |
| | | Subtotal | 34,189.04 | 267.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 34,189.04 | 267.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 125,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 38,561.29 | Checking Account - *******0451 | 86,438.71 | 105,360.75 | 0.00 |
| | | Money Market Account (Interest Earn - *******4195 | 34,189.04 | 267.00 | 0.00 |
| Total Memo Allocation Net: | 86,438.71 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 120,627.75 | 105,627.75 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 12/09/13
GINA B. KROL

Page Subtotals          0.00          0.00

Ver: 17.04a

LFORM24

# Transactions and Details

Account: **2223270451 — MARGARET A COGLIANESE**

Date range: **30 Days**    Search:

Show Filters

| Transaction Type View | Running Balance View | | 1 total results | ◄ 30 Days ► |

▶ **Account Details**    As of 12/17/2013 - Ledger Balance: $0.00 Available Balance: $0.00

▼ **Transactions**

| Posted Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 12/16/2013 | CHECK #30016 | Check | ($40.80) | $0.00 |





GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK  CHECK NUMBER  30001

Attorney's fees per court order

| DATE | AMOUNT |
|---|---|
| 01/25/13 | $*******11,877.33 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 11-17951  DBC | Debtor COLLIANESE, MARGARET A |

PAY TO THE ORDER OF
Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

Eleven Thousand Eight Hundred Seventy Seven Dollars And  33/100

⑈030001⑈ ⑆075900575⑆ 222270651⑈

---

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60607-0000

ASSOCIATED BANK  CHECK NUMBER  30002

Attorney's fees per court order

| DATE | AMOUNT |
|---|---|
| 01/25/13 | $*******5,938.67 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 11-17951  DBC | Debtor COLLIANESE, MARGARET A |

PAY TO THE ORDER OF
Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

Five Thousand Nine Hundred Thirty Eight Dollars And 67/100

⑈030002⑈ ⑆075900575⑆ 222270651⑈ 70000593867

---

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK  CHECK NUMBER  30003

Attorney's expenses per court order

| DATE | AMOUNT |
|---|---|
| 01/24/13 | $********221.84 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 11-17951  DBC | Debtor COLLIANESE, MARGARET A |

PAY TO THE ORDER OF
Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

Two Hundred Twenty One Dollars And 84/100

⑈030003⑈ ⑆075900575⑆ 222270651⑈





3/7/13



GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

BOND
BOND

## ASSOCIATED BANK

CHECK NUMBER
**30004**

| DATE | AMOUNT |
|------|--------|
| 02/13/13 | $**********88.43 |

PAY TO THE ORDER OF

International Sureties Ltd.
Suite 420
701 Poydras St.
New Orleans, LA 70139

| CASE NUMBER | | ESTATE OF |
|-------------|---|-----------|
| 11-17951  DRC | Debtor: COGLIANESE, MARGARET A | |

*Eighty Eight Dollars And 43/100*

THIS CHECK VOID AFTER 90 DAYS

⑆030004⑆ ⑆075900575⑆ 22232704 51⑆

ENDORSE HERE

022013 - 96380000410222 - >065503681<

PAY TO THE ORDER OF
WHITNEY NATIONAL BANK
INTERNATIONAL SURETIES, LTD.
GLOBAL SURETY, LLC
*F ACCT#: 21179754*

---
## THANK YOU FOR CHOOSING ASSOCIATED BANK

Member FDIC and Associated Banc-Corp. Equal Housing Lender. Equal Opportunity Lender.









THANK YOU FOR CHOOSING ASSOCIATED BANK

Member FDIC and Associated Banc-Corp. Equal Housing Lender. Equal Opportunity Lender.



**ASSOCIATED BANK**

GINA B. ILIOL
188 WEST MADISON STREET
SUITE 1300
CHICAGO, IL 60602-0000

CHECK NUMBER
**30009**

Claim 000022, Payment 23.04999%

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 11-17951 | DAC | Debtor COGLIANESE, MARGARET A |

DATE 09/05/13    AMOUNT $*******2,407.24

Two Thousand Four Hundred Seven Dollars And 24/100

PAY TO THE ORDER OF

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

#030009# #075900575# 2223220451#

00856947 00000008 091013 306

---

**ASSOCIATED BANK**

GINA B. ILIOL
188 WEST MADISON STREET
SUITE 1300
CHICAGO, IL 60602-0000

CHECK NUMBER
**30010**

Claim 00003, Payment 23.04990%

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 11-17951 | DAC | Debtor COGLIANESE, MARGARET A |

DATE 09/05/13    AMOUNT $*******5,110.11

One Thousand One Hundred Ten Dollars And 11/100

PAY TO THE ORDER OF

Capital One Bank (USA), N.A.
by American Infosource LP as agent
PO Box 248839
Oklahoma City, OK 73124-8839

#030010# #075900575# 2223220451#

---

**ASSOCIATED BANK**

GINA B. ILIOL
188 WEST MADISON STREET
SUITE 1300
CHICAGO, IL 60602-0000

CHECK NUMBER
**30011**

Claim 000024, Payment 23.04990%

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 11-17951 | DAC | Debtor COGLIANESE, MARGARET A |

DATE 09/05/13    AMOUNT $*******729.07

Seven Hundred Twenty Nine Dollars And 07/100

PAY TO THE ORDER OF

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

#030011# #075900575# 2223220451#

---

**ASSOCIATED BANK**

GINA B. ILIOL
188 WEST MADISON STREET
SUITE 1300
CHICAGO, IL 60602-0000

CHECK NUMBER
**30012**

Claim 000025, Payment 23.04901%

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 11-17951 | DAC | Debtor COGLIANESE, MARGARET A |

DATE 09/05/13    AMOUNT $*******1,501.90

One Thousand Five Hundred Dollars And 90/100

PAY TO THE ORDER OF

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

#030012# #075900575# 2223220451#

---

THANK YOU FOR CHOOSING ASSOCIATED BANK

Member FDIC and Associated Banc-Corp. Equal Housing Lender. Equal Opportunity Lender.





GINA D. KROL
109 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER
30013

Check 000006, Payment 23 $496696
(1-1) CREDIT CARD DEBIT

| DATE | AMOUNT |
|------|--------|
| 04/05/13 | $********338.67 |

**PAY TO THE ORDER OF**

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 11-17951 DEC | COGLIANI M, MARGARET A |

Three Hundred Thirty Eight Dollars And 67/100

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19365-0701

⑈030013⑈ ⑈075900575⑈ 2223270451⑈



---

GINA D. KROL
109 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER
30014

Check 000007, Payment 23 $496696

| DATE | AMOUNT |
|------|--------|
| 04/05/13 | $********4,249.26 |

**PAY TO THE ORDER OF**

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 11-17951 DEC | COGLIANI M, MARGARET A |

Four Thousand Two Hundred Forty Nine Dollars And 26/100

PYOD LLC its successors and assigns as assignee of
Carbona, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29603-

⑈030014⑈ ⑈075900575⑈ 2223270451⑈



---

*1110179993*
02/15/2012
9592653611

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*34684997*
*1*
*2027*
*00004-00455*

442702080001602 02/13/2012
(650001714B)

BOND
BOND

**BANK OF AMERICA, N.A.**   CHECK NUMBER

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

32-1/1110 TX
0

**301**

| DATE | AMOUNT |
|------|--------|
| 02/06/12 | **********20.02 |

2517748

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|-------------|--|-----------|
| 11-17951 | SQU | Debtor: COGLIANESE, MARGARET A |

International Sureties
Suite 420
701 Poydras St.
New Orleans, LA 70139

Twenty Dollars And 02/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000301⑆ ⑈111000012⑈ 4437694195⑆

⑆000301⑆ ⑈111000012⑈   ⑈4437694195⑆ ⑆000000 200 2⑈

